# AMENDED SCHEDULE A

| No. | Defendant Name / Alias |
|---|---|
| 1 | acitokrekon |
| 2 | awengdawret |
| 3 | chicoavsmaydav |
| 4 | erniehernandez |
| 5 | hunatiyani |
| 6 | kathrinehartshorn |
| 7 | nalanzsiliko |
| 8 | quillanarenos |
| 9 | rhondaharrison |
| 10 | tatikunir |
| 11 | tjiaappelk |
| 12 | uekirstockpg |
| 13 | A39J0L4A40UWQ5 |
| 14 | A2J0HZ3FECBGU3 |
| 15 | A1LTTE962IFEXC |
| 16 | AAH8CYXVX780C |
| 17 | A3EVU01LVCT9AH |
| 18 | A2VKBG36LV1E50 |
| 19 | A3BGJRP1FX9GGB |
| 20 | 21101571 |
| 21 | 21635171 |
| 22 | 20320507 |
| 23 | 21661152 |
| 25 | 617f8c0ff970b8ecdaedfdf8 |
| 26 | advance-shirt |
| 27 | claudetteesther |
| 28 | devyngiorgio |
| 29 | dominiquedonnie |
| 30 | fereoucohf |
| 31 | georgieunsicker |
| 32 | judyrowena |
| 33 | kanmopsuk45 |
| 34 | kathrynmarianela |
| 35 | konhatonve |
| 36 | konmexin |
| 37 | kosdapen517 |
| 38 | laughingtuy |
| 39 | macklinsampson |
| 40 | majorsdaryl93gh7k |

| 41 | mashevcreina0 |
|---|---|
| 42 | nindy-tees |
| 43 | sajdakdenzin4 |
| 44 | shiikuamast |
| 45 | tamkyfashions |
| 46 | 5e82b809bf38bb36bf76fb93 |
| 47 | 5fc4a2fd1d017852085706c5 |
| 48 | 609f6fb24996570046936952 |
| 49 | 60da8034bcfab424816f0641 |
| 50 | 6005935a62b8ff9b17e13ab8 |
| 51 | 5e805ae336e4b86ea9d12338 |
| 52 | 5f3b86d13dd4f29d7a81b86b |
| 53 | 5fd26b828145f8200fa527b3 |
| 54 | 5fd7e0f7c441308a61d2c6f5 |
| 55 | 5feb62f226ff8414b8ff6861 |
| 56 | 5f989af946a284b468d8f12d |
| 57 | 5e744e96ea5a6e020a09d501 |
| 58 | 5b29c14fc621381d9591e533 |
| 59 | 5e50d31d397cba64ca1118f0 |
| 60 | 5d524a8a27752b148e3d8a7f |
| 61 | 586f4e48e2576e2b8ecf43bd |
| 62 | 5d6c7c8f7d94e83d89a2c4c7 |
| 63 | 5fae14a32066f2507b71f845 |
| 64 | 5e847226051b5e45e76ee9a6 |
| 65 | 5d4e6b883db43e16817f1d7a |
| 66 | A3JUCNK7VLVC4T |
| 67 | A3R40N2R9GE5J7 |
| 68 | A2Y94XFKORO5LG |
| 69 | A1SZEVFMV6LRDE |
| 70 | A9OUIL53PRYYJ |
| 71 | A3NMFX6KBTW1JR |
| 73 | ABI1C7QQIJI28 |
| 76 | A3CDRM04IVBLHT |
| 77 | A3GEVBE1LD19D8 |
| 79 | A1TMHC1XJUEAUV |
| 80 | A3A2RDPILIPJF3 |
| 81 | A2SG7LDL88BK9R |
| 82 | AHC8GNVC6AV9V |
| 83 | A23L1FYMRX4HU3 |
| 85 | A2VZIWODL9P8Q6 |
| 86 | A2H58UD7SIKLF1 |

| | |
|---|---|
| 87 | A62SKYYF146QS |
| 88 | A1IVNIX3NDU2A0 |
| 89 | AMOD80LJLKUP0 |
| 90 | AM38XPBDZLKYN |
| 91 | A16FJ874W4QQCY |
| 92 | A1SW9V4ILJZX2T |
| 93 | A22VXHWHXGBOJF |
| 94 | AMI3HALT1EWO7 |
| 95 | A3EVYRKV4SHXQ8 |
| 97 | AGVJ0VFVP9R3H |
| 98 | A1X2MFLIVI1KCP |
| 99 | A2GSE0IQ8X11LX |
| 100 | A3TOGIX64K97K0 |
| 101 | A11B8GZ69J16SL |
| 102 | A2BRKLJAKBUA68 |
| 104 | AJKQ8N722E4UU |
| 105 | A3C4XCYGPF18YL |
| 107 | AOI4NGU8EW1O5 |
| 108 | A309K8IAHVES9M |
| 109 | A1K215IX7FSAQS |
| 110 | A1KNDSC2NLEFO |
| 111 | AUSK7MT2JR7KR |
| 112 | A19MFT17R8YKR9 |
| 113 | A3NBIDDTRQW1CJ |
| 114 | A1HDJXUVPJTO74 |
| 115 | A25RR5U8LTAGOD |
| 116 | A23NFKDRUZ8AGJ |
| 117 | A565JX4J4QUCQ |
| 118 | AN6NV1VUIXWFP |
| 119 | A20P1EE79R5LKZ |
| 120 | AWOWTDSOVP5MA |
| 121 | A3E6MF6CSXQTKV |
| 123 | ASJOBQM3K3WRL |
| 124 | A3RVP1P0C5CH8X |
| 125 | AFBTDEZD8K7SK |
| 126 | A3IPNW91CRJCLI |
| 127 | A34VBQ0G2SYIL6 |
| 128 | ABVKHVCFQ2HYR |
| 129 | A13ICOG374N7H0 |
| 130 | A2ZAOYGRMROTFH |
| 131 | A3TGIOB547DBTR |

| | |
|---|---|
| 132 | A1MBRPVHLYQAH4 |
| 133 | AUP1I7CC2HXJP |
| 134 | A3HUMXCNFICJYG |
| 135 | A2LUJYC4BOWOX5 |
| 136 | A1IINNH62J7IMH |
| 137 | A1Y45GTVZCP9MK |
| 138 | A1CHAZ1F5FXNZ3 |
| 140 | A3S1F62Y1SGWJC |
| 141 | A1K4RQO5EF91UN |
| 142 | A11HTFPGJGYJ37 |
| 143 | A3MW19Q51UWKJ |
| 144 | A29EGZTEOIHLIA |
| 146 | AMYDG19ZP3A57 |
| 147 | A19FQXPJFS58I9 |
| 148 | A2M0ROUOQKFBGK |
| 149 | A3KNM3ER7JDEQN |
| 150 | A11GR05J5M64FC |
| 151 | A1LWE8LZN7AG4G |
| 152 | A10D7TCPAQVGEB |
| 153 | A3E422FKKNNBLY |
| 154 | A3R2T2C6KZ2HUS |
| 158 | A1PHGENYUT1LST |
| 159 | AQJ4LE1L0KOLC |
| 160 | A34I8HK9QN64MI |
| 162 | A253VYFNSIL21S |
| 163 | AZBTFXVGXLKU6 |
| 164 | A2ZHYY2UT85XWX |
| 166 | A22L3LGROAC440 |
| 167 | ABZB6MWJMH02J |
| 168 | A3P10V9WDK046I |
| 169 | A3O5D6A2LWMAS1 |
| 170 | A3GC6A6J8MO8TD |
| 171 | APVDRIJGNQ827 |
| 172 | A4YYXFXM27FPC |
| 173 | A3GS8M8CB04R6M |
| 174 | A3AS0BF066MYL1 |
| 175 | A35828HIWIRDA1 |
| 177 | A1IIM6HYHUY4XU |
| 179 | A2CLRGWU7KUZCI |
| 181 | A3TU1GEA4FQOML |
| 182 | A17FBZXQ3ZDNUH |

| 183 | A22920PKESS50O |
|---|---|
| 184 | A1A1751D3J3CJV |
| 185 | 21634478 |
| 186 | 21088157 |
| 187 | 21631238 |
| 188 | 21100493 |
| 189 | 21635254 |
| 190 | 20249158 |
| 191 | 21630763 |
| 192 | 21223616 |
| 193 | 8aaa9dfb81a473fa0181ae8851fe2ece |
| 194 | 21100201 |
| 195 | 21810704 |
| 196 | 21756559 |
| 197 | 21726176 |
| 198 | 21223001 |
| 199 | 21634451 |
| 200 | 21071542 |
| 201 | 20242111 |
| 202 | 21227155 |
| 203 | 14396196 |
| 204 | 21810703 |
| 205 | 21635286 |
| 206 | 20300284 |
| 207 | 19967886 |
| 208 | 21635191 |
| 209 | 21631276 |
| 210 | 21810824 |
| 211 | 21631357 |
| 212 | 20717320 |
| 213 | 21697296 |
| 214 | 21755277 |
| 215 | 6101542741f7da338478ba4a |
| 216 | 61aacb6da94c8fe346c972e1 |
| 217 | 61aed12d1dd0181987eef045 |
| 218 | 5bac2d8d8b4513038f3ebc7e |
| 219 | 5c237f8036b54d030166ffa8 |
| 220 | 62d8ed8cabc98b8854606bb8 |
| 221 | 62452c30a687db3f2fb3e0bd |
| 222 | 614be92b0c595de5160b2fcf |
| 223 | 6289ae83cca5b31678026348 |

| | |
|---|---|
| 224 | 627cf1443adc7da9a6a1f3c7 |
| 225 | 610cd653e85ca6866fdbfec0 |
| 226 | 6208b0c25a82a55f1a075c31 |
| 227 | 613af4e5b6755f29cca96a1d |
| 228 | 61272eb1c75ed42b6303d3fa |
| 229 | 5c8622f91436d40301bb2dd8 |
| 230 | 60dd33d33018abbe7f5e4fcd |
| 231 | 60f52e1d18624a8679b90791 |
| 232 | 622ad710f0beddd7ef2bafc1 |
| 233 | 62d3ac86c55d97fb61f75181 |
| 234 | 5ae4379d8b2c3703dd322111 |
| 235 | 62872081c213c18df2f98a64 |
| 236 | 62b26961276460aa64374659 |
| 237 | 62b1a1be651709ef4d791f95 |
| 238 | 60cb00285ac4c854c87c28d5 |
| 239 | 620e627972c5ecebaf203512 |
| 240 | 620e6985c1eb28edfcb0c4df |
| 241 | 101276402 |
| 242 | 101205996 |
| 245 | 101268169 |
| 247 | 101274453 |
| 249 | 101299861 |